EDWARD GARCIA, Bar No. 173487
KULUVA, ARMIJO & GARCIA
One California Street, Suite 1150
San Francisco, CA  94111
(415) 273-6500
(415) 273-6535 Fax
edgarcia@kuluvalaw.com

Attorneys for Defendant
AWI Management Corporation

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| VALERIE B. KOFMAN,<br><br>    Plaintiff,<br><br>    vs.<br><br>AWI MANAGEMENT CORPORATION, A CALIFORNIA CORPORATION<br><br>    Defendant. | CASE NO. 2:15-CV-02600-JAM-EFB<br><br>**PLAINTIFF AND DEFENDANT'S JOINT STIPULATION FOR DISMISSAL AND ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff Valerie B. Kofman and Defendant AWI Management Corporation, through their respective counsel of record, that the above-captioned action be dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party will bear its own attorneys' fees and costs of suit.

DATED: May 3, 2016                              KEN MCKENNA LAW

                                                By: */s/ [as authorized on 5/3/16]*
                                                    KENNETH J. MCKENNA
                                                    Attorney for Plaintiff
                                                    VALERIE B. KOFMAN

DATED: May 3, 2016                              KULUVA, ARMIJO & GARCIA
                                                By: */s/*_____
                                                    EDWARD GARCIA
                                                    Attorney for Defendant
                                                    AWI MANAGEMENT CORP.

1

JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER

# **ORDER**

It is hereby ORDERED that the above-captioned matter be, and hereby is, dismissed in its entirety, with prejudice, each party to bear its own fees and costs in connection with this action.

IT IS SO ORDERED:


DATED: 5/3/2016                               /s/ John A. Mendez_____
                                              JOHN A. MENDEZ
                                              United States District Court Judge

JOINT STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER